UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| HURRICANE WORK, LLC | CIVIL ACTION NO. 24-cv-1756 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| NAVIGATORS INSURANCE CO | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Hurricane Work, LLC filed its Diversity Jurisdiction Disclosure Statement (Doc. 7) and alleged that it is a limited liability company whose sole member is Jack Singleton. Hurricane Work alleges that Mr. Singleton is "a resident of Sabine Parish in the State of Louisiana." It is domicile rather than mere residency that decides citizenship for diversity purposes, and "an allegation of residency alone 'does not satisfy the requirement of an allegation of citizenship.'" Midcap Media Finance, LLC v. Pathway Data, Inc., 929 F.3d 310, 313 (5th Cir. 2019), quoting Strain v. Harrelson Rubber Co., 742 F.2d 888, 889 (5th Cir. 1984). A person may reside in multiple states simultaneously, but "[a]n individual who resides in more than one State is regarded, for purposes of federal subject-matter (diversity) jurisdiction, as a citizen of but one State." Wachovia Bank v. Schmidt, 126 S. Ct. 941, 951 (2006). That is the state in which the person is domiciled. Id.; Acridge v. Evangelical Lutheran Good Samaritan Soc., 334 F.3d 444, 451 (5th Cir. 2003).

Hurricane Work must file, no later than **January 20, 2025** an amended Diversity Jurisdiction Disclosure Statement that alleges the state in which Mr. Singleton is domiciled.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 13th day of January, 2025.

_____
Mark L. Hornsby
U.S. Magistrate Judge